UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITA SCHROEDER, | No. 2:17-cv-00977-TLN-EFB PS |
| Plaintiff, | |
| v. | ORDER |
| CALIBER HOME LOAN, INC. et al., | |
| Defendants. | |

On March 12, 2018, the magistrate judge filed findings and recommendations herein, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 19.) No objections were filed.

The Court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the findings and recommendations in full.

Accordingly, IT IS ORDERED that:

1. The findings and recommendations filed March 12, 2018 (ECF No. 19), are adopted;
2. Defendants' motion to dismiss (ECF No. 5) is granted;
3. Plaintiff claims for violation of Cal. Civ. Code § 2923.6(c) and (e) (claims one and two) are dismissed without leave to amend;
4. Plaintiff's negligence and Cal. Bus. & Prof. Code §§ 17200, et seq. claims (claims

three and four) are dismissed with leave to amend; and

5. Plaintiff is granted thirty days from the date of this Order is filed to file an amended complaint, as provided in the magistrate judge's findings and recommendations.

Dated: March 29, 2018

Troy L. Nunley
United States District Judge