UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITA SCHROEDER, | No. 2:17-cv-0977-TLN-EFB PS |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| CALIBER HOME LOAN, INC., et al., | |
| Defendants. | |

On March 29, 2018, the court granted defendants' motion to dismiss plaintiff's complaint for failure to state a claim.[1] ECF Nos. 19, 20. Plaintiff's claims for violation of California Civil Code § 2923.6(c) and (e) were dismissed without leave to amend, her negligence and Cal. Bus. & Prof. Code §§ 17200, *et seq*. claims were dismissed with leave to amend, and she was granted thirty days to file an amended complaint. ECF No. 20. That deadline has passed and plaintiff has not filed an amended complaint or otherwise responded to the dismissal order.

Accordingly, plaintiff is ordered to show cause, in writing, by no later than May 24, 2018, why this action should not be dismissed for failure to timely file an amended complaint. *See* E.D. Cal. L.R. 110 ("Failure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by

---

[1] This action, in which plaintiff is proceeding *in propria persona*, was referred to the undersigned under Local Rule 302(c)(21). *See* 28 U.S.C. § 636(b)(1).

1

statute or Rule or within the inherent power of the Court."); *see also Chambers v. NASCO, Inc*., 501 U.S. 32, 44 (1991) (a court "may act *sua sponte* to dismiss a suit for failure to prosecute."). Failure to comply with this order will result in a recommendation that this action be dismissed. *See* Fed. R. Civ. P. 41(b).

So Ordered.

Dated: May 9, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE