UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITA SCHROEDER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIBER HOME LOAN, INC., et al.,<br><br>　　　　Defendants. | No. 2:17-cv-00977-TLN-EFB PS<br><br>FINDINGS AND RECOMMENDATIONS |

On March 29, 2018, the court granted defendants' motion to dismiss plaintiff's complaint for failure to state a claim.[1] ECF Nos. 19, 20. Plaintiff's claims for violation of California Civil Code § 2923.6(c) and (e) were dismissed without leave to amend, her negligence and Cal. Bus. & Prof. Code §§ 17200, *et seq*. claims were dismissed with leave to amend, and she was granted thirty days to file an amended complaint. ECF No. 20. After she failed to timely file an amended complaint, plaintiff was ordered to show cause, by no later than May 24, 2018, why this action should not be dismissed for failure to file an amended complaint. ECF No. 21. She was also admonished that failure to do so would result in a recommendation that this action be dismissed. *Id*.

/////

---

[1] This action, in which plaintiff is proceeding *in propria persona*, was referred to the undersigned under Local Rule 302(c)(21). *See* 28 U.S.C. § 636(b)(1).

1

The deadline has passed and plaintiff has not filed an amended complaint, nor otherwise responded to the court's order to show cause.

Accordingly, it is hereby RECOMMENDED that this action be dismissed for failure to prosecute and failure to comply with court orders. *See* Fed. R. Civ. P. 41(b); E.D. Cal. L.R. 110.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan,* 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated: May 31, 2018.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE